**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

-v.-

AURELIEN MICHEL

23 MJ 7
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Drew G. Rolle
Firm Name: USAO - EDNY
Address:  271 Cadman Plaza East
            Brooklyn, NY 11201
Phone Number: 718-254-6783
E-Mail Address: drew.rolle@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO___
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation; pending arrest

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Brooklyn    , NEW YORK

1/4/2023        *James R. Cho*

**U.S. MAGISTRATE JUDGE** Hon. James R. Cho

RECEIVED IN CLERK'S OFFICE _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or **C.)** _✓_ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

January 4, 2023
DATE

_____
SIGNATURE