

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DGR
F. #2022R00860

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2023

<u>By E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Aurelien Michel
      <u>Magistrate Docket No. 23-7 (JRC)</u>

Dear Judge Cho:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:   /s/
          Drew G. Rolle
          Assistant U.S. Attorney
          (718) 254-6783

Enclosure

cc: Clerk of Court (by ECF)
   Benjamin Yaster, Esq. (by ECF)

DGR
F.# 2022R00860

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

AURELIEN MICHEL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

23-M-7 (JRC)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         January 5, 2023

                                           s/ James R. Cho

                                          THE HONORABLE JAMES R. CHO
                                          UNITED STATES MAGISTRATE JUDGE
                                          EASTERN DISTRICT OF NEW YORK