

U.S. Department of Justice

*United States Attorney  
Eastern District of New York*

F. #2022R00860  
DGR:DAS

*271 Cadman Plaza East  
Brooklyn, New York 11201*

February 2, 2023

By ECF

The Honorable Sanket J. Bulsara  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    United States v. Aurelien Michel  
                Criminal Docket No. 23-M-7

Dear Judge Bulsara:

      The government submits this letter in response to the Court's request at the February 1, 2023 detention hearing for an explanation as to why the defendant was not produced in person for the hearing.

      At approximately 4:20 p.m. on January 31, 2023, after the parties had finalized the consent conditions for the defendant's release on bond, the government submitted a request for the defendant to be produced by the United States Marshals Service (the "Marshals") in person before the Court on February 1, 2023 at 2:00 p.m. Following the detention hearing, which the defendant was able to attend by video, the government contacted the Marshals and was informed that the Marshals missed the request for in-person production. The Marshals apologizes for the oversight.

      Respectfully submitted,

      BREON PEACE  
      United States Attorney

By:    /s/ Dylan A. Stern  
       Dylan A. Stern  
       Assistant U.S. Attorney  
       (718) 254-6213

cc:    Clerk of the Court (SJB) (by ECF)  
       Counsel for the defendant (by ECF)